UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORP.<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>Defendants. | Case No. C02-02385 JSW<br>(Related to Case No. C 04-03367 JSW)<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST BY MICROSOFT FOR OEM DEFENDANTS IN CASE NO. C 04-03367 BE HEARD AT APRIL 22, 2005 HEARING ON MICROSOFT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL [Civ. L.R. 7-11]**<br><br>Date: April 22, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Place: Courtroom 2, 17th Floor |

IT IS HEREBY ORDERED that Defendant Microsoft Corporation's Miscellaneous Administrative Request that the OEM Defendants in Related Case No. C 04-03367 JSW be given the opportunity to be heard at the April 22, 2005 hearing on Microsoft's Motion for Certification of Interlocutory Appeal is granted.

Dated: April 21, 2005

/s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Court

10506147.doc

1

[PROPOSED] ORDER RE MISC. ADMIN. REQ. BY OEM DEFS IN
CASE NO. C-04-03367-JSW AS AMICUS CUREA RE: REQUEST
Case No. C02-02385 JSW (EDL)