IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | No. C 02-02385 JSW<br><br>**ORDER RE MICROSOFT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF CLAIM CONSTRUCTION** |

The Court, having received Microsoft Corporation's motion for leave to file a motion for reconsideration of the claim construction order in view of *Phillips v. AWH Corporation*, 2005 WL 1620331 (Fed. Cir. 2005), hereby requests that pursuant to Civil Local Rule 7-9(d), TV Interactive Data Corporation file a response to the motion for leave by no later than August 22, 2005.

**IT IS SO ORDERED.**

Dated:  August 12, 2005

                                                    /s/ Jeffrey S. White
                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE