Ronald J. Schutz (Admitted Pro Hac Vice)
Richard M. Martinez (Admitted Pro Hac Vice)
Scott R. Strand (Admitted Pro Hac Vice)
Becky R. Thorson (Admitted Pro Hac Vice)
Niall A. MacLeod (Admitted Pro Hac Vice)
Misti Nelc (Admitted Pro Hac Vice)
Nicholas S. Boebel (Admitted Pro Hac Vice)
Michael D. Okerlund (Admitted Pro Hac Vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402
Telephone: (612) 349-8500
Facsimile:  (612) 339-4181

Samuel R. Miller (State Bar No. 66871)
Tracy E. Reichmuth (State Bar No. 215458)
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:  (415) 365-7864
Facsimile:  (415) 986-2827

**Attorneys for Plaintiff
TV INTERACTIVE DATA CORPORATION**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No.  C02-02385 JSW(EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Civ. L.R. 7-11, 79-5]**<br><br>**Pretrial Conf: October 3, 2005<br>Time:         2:00 p.m.<br>Judge:       Hon. Jeffrey S. White** |

1   Plaintiff TV Interactive Data Corporation files this Miscellaneous Administrative Request
2   pursuant to Civil Local Rule 7-11 and Civil Local Rule 79-5 and the Protective Order entered in
3   this case for permission to file under seal all or parts of p. 3:14-18; p. 3:23 – 4:8; p. 4:10-13; p.
4   4:17-28; p. 5:4-16 of Plaintiff TV Interactive Data Corporation's Motion *In Limine* No. 2 To
5   Omit From The Jury Trial All Evidence Of Alleged Inequitable Conduct or Laches.
6   **IT IS SO ORDERED**.

Dated: September 26, 2005

*[signature]*

**Hon. Jeffrey S. White**
**United States District Court Judge**

MP3 20151717.1

~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S
REQUEST TO FILE DOCUMENTS UNDER SEAL
C02-02385 JSW(EDL)