1 Ronald J. Schutz (Admitted Pro Hac Vice)
  Richard M. Martinez (Admitted Pro Hac Vice)
2 Scott R. Strand (Admitted Pro Hac Vice)
  Becky R. Thorson (Admitted Pro Hac Vice)
3 Niall A. MacLeod (Admitted Pro Hac Vice)
  Misti Nelc (Admitted Pro Hac Vice)
4 Nicholas S. Boebel (Admitted Pro Hac Vice)
  Michael D. Okerlund (Admitted Pro Hac Vice)
5 ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
  2800 LaSalle Plaza
6 800 LaSalle Avenue
  Minneapolis, MN  55402
7 Telephone: (612) 349-8500
  Facsimile:  (612) 339-4181
8
9 Samuel R. Miller (State Bar No. 66871)
  Tracy E. Reichmuth (State Bar No. 215458)
10 FOLGER LEVIN & KAHN LLP
   Embarcadero Center West
11 275 Battery Street, 23rd Floor
   San Francisco, CA  94111
12 Telephone:  (415) 365-7864
   Facsimile:  (415) 986-2827
13

**Attorneys for Plaintiff
TV INTERACTIVE DATA CORPORATION**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No.  C02-02385 JSW(EDL)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[Civ. L.R. 7-11, 79-5]**<br><br>**Pretrial Conf: October 3, 2005<br>Time:          2:00 p.m.<br>Judge:         Hon. Jeffrey S. White** |

1    Plaintiff TV Interactive Data Corporation files this Miscellaneous Administrative Request
2    pursuant to Civil Local Rule 7-10(b) and Civil Local Rule 79-5(b) and the Protective Order
3    entered in this case for permission to file under seal Exhibits 1-10 and 14 from the Declaration of
4    Niall A. MacLeod in Support of Plaintiff TVI's Motion *In Limine* Nos. 1-4..
5    **IT IS SO ORDERED**.

Dated: September 26, 2005

**Hon. Jeffrey S. White**
**United States District Court Judge**