UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:02-cv-02385 JSW (EDL) <br><br> [~~PROPOSED~~] **ORDER GRANTING MICROSOFT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFF TV INTERACTIVE DATA CORPORATION'S MOTION *IN LIMINE* NO. 1 TO PRECLUDE MICROSOFT FROM CLAIMING A PRIORITY DATE BEFORE JANUARY 31, 1994 [PURSUANT TO CIVIL L.R. 7-11, 79-5]** <br><br> Trial Date: October 24, 2005 <br> Pretrial Conf: October 3, 2005 <br> Time: 2:00 p.m. <br> Courtroom: 2 <br> Judge: Hon. Jeffrey S. White |

The Court hereby grants Defendant Microsoft Corporation's Administrative Motion to file under seal the highlighted or annotated portions of Microsoft's Opposition to TVI's Motion *in Limine* No. 1 to Preclude Microsoft from Claiming a Priority Date before January 31, 1994.

Good cause having been shown, the Court GRANTS Defendant's Request.

**IT IS SO ORDERED.**

Dated: September 26, 2005

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Court

50302905.doc