UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 3:02-cv-02385 JSW (EDL)<br><br>[PROPOSED] **ORDER GRANTING MICROSOFT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS A-O, Q-S, AND V-Y TO THE DECLARATION OF KELLY C. HUNSAKER IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S OPPOSITIONS TO TVI'S MOTION *IN LIMINE* NOS. 1-4 [PURSUANT TO CIVIL L.R. 7-11, 79-5]**<br><br>Trial Date: October 24, 2005<br>Pretrial Conf: October 3, 2005<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Jeffrey S. White |

The Court hereby grants Defendant Microsoft Corporation's Administrative Motion to file Exhibits A-O, Q-S, and V-Y attached to the Declaration of Kelly C. Hunsaker in Support of Defendant Microsoft Corporation's Oppositions to TVI's Motion *in Limine* Nos. 1-4.

Good cause having been shown, the Court GRANTS Defendant's Request.

**IT IS SO ORDERED.**

Dated: September 27, 2005

_____
Hon. Jeffrey S. White
United States District Court

50303146.doc