Ronald J. Schutz (Admitted Pro Hac Vice)
Richard M. Martinez (Admitted Pro Hac Vice)
Scott R. Strand (Admitted Pro Hac Vice)
Becky R. Thorson (Admitted Pro Hac Vice)
Niall A. MacLeod (Admitted Pro Hac Vice)
Misti Nelc (Admitted Pro Hac Vice)
Nicholas S. Boebel (Admitted Pro Hac Vice)
Michael D. Okerlund (Admitted Pro Hac Vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Samuel R. Miller (State Bar No. 66871)
Tracy E. Reichmuth (State Bar No. 215458)
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 365-7864
Facsimile: (415) 986-2827

**Attorneys for Plaintiff**
**TV INTERACTIVE DATA CORPORATION**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, | Case No. C02-02385 JSW(EDL) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| MICROSOFT CORPORATION, | **[Civ. L.R. 7-11, 79-5]** |
| Defendant. | **Pretrial Conf: October 3, 2005**<br>**Time: 2:00 p.m.**<br>**Judge: Hon. Jeffrey S. White** |

MP3 20151690.1

PROPOSED ORDER GRANTING PLAINTIFF'S
REQUEST TO FILE DOCUMENTS UNDER SEAL
C02-02385 JSW(EDL)

|  |  |
|---|---|
| 1 | Plaintiff TV Interactive Data Corporation files this Miscellaneous Administrative Request pursuant to Civil Local Rule 7-11 and Civil Local Rule 79-5 and the Protective Order entered in this case for permission to file under seal p. 1:19-23; p. 3:20 – 4:3; p. 5:3-11; p. 5, n.2; p. 6, n.3 of Plaintiff TV Interactive Data Corporation's Motion *In Limine* No. 4 To Preclude Certain Damages Evidence, Testimony and Arguments. |

**IT IS SO ORDERED**.

Dated: September 26, 2005

_____
**Hon. Jeffrey S. White**
**United States District Court Judge**

---

MP3 20151690.1