```
 1  John E. Gartman (CA 152300, gartman@fr.com)
    Juanita R. Brooks (CA 75934, brooks@fr.com)
 2  FISH & RICHARDSON P.C.
    12390 El Camino Real
 3  San Diego, CA  92130
    Telephone:  (858) 678-5070
 4  Facsimile:  (858) 678-5099

 5  Kelly C. Hunsaker (CA 168307, hunsaker@fr.com)
    FISH & RICHARDSON P.C.
 6  500 Arguello Street, Suite 500
    Redwood City, CA  94063
 7  Telephone: (650) 839-5070
    Facsimile: (650) 839-5071
 8
    Additional counsel listed on last page
 9
    Attorneys for Defendant
10  MICROSOFT CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TV INTERACTIVE DATA CORPORATION, | Case No. C02-02385 JSW (EDL) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION OF THOMAS M. MELSHEIMER TO APPEAR PRO HAC VICE** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

Thomas L. Melsheimer, an active member in good standing of the bar of the State of Texas, whose business address and telephone number is:

> Fish & Richardson P.C.
> 1717 Main Street, Suite 5000
> Dallas, TX 75201
> Telephone: 214-747-5070
> Facsimile: 214-747-2091

1  having applied for admission to practice in the Northern District of California on a *pro hac vice*
2  basis, representing defendant Microsoft Corporation in the above-entitled action,
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. All future filings in this action are subject to the requirements contained in General Order
6  No. 45, *Electronic Case Filing*.

Dated: September 27, 2005

_____
Hon. Jeffrey S. White
United States District Court

**Of Counsel:**
T. Andrew Culbert
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (415) 882-8080
Facsimile: (415) 936-7329

50299045.doc