1   Ronald J. Schutz (Admitted Pro Hac Vice)
    Richard M. Martinez (Admitted Pro Hac Vice)
2   Scott R. Strand (Admitted Pro Hac Vice)
    Becky R. Thorson (Admitted Pro Hac Vice)
3   Niall A. MacLeod (Admitted Pro Hac Vice)
    Misti Nelc (Admitted Pro Hac Vice)
4   Nicholas S. Boebel (Admitted Pro Hac Vice)
    Michael D. Okerlund (Admitted Pro Hac Vice)
5   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    2800 LaSalle Plaza
6   800 LaSalle Avenue
    Minneapolis, MN  55402
7   Telephone: (612) 349-8500
    Facsimile:  (612) 339-4181
8
9
    Samuel R. Miller (State Bar No. 66871)
10  Tracy E. Reichmuth (State Bar No. 215458)
    FOLGER LEVIN & KAHN LLP
11  Embarcadero Center West
    275 Battery Street, 23rd Floor
12  San Francisco, CA  94111
    Telephone:  (415) 365-7864
13  Facsimile:  (415) 986-2827
14

15  **Attorneys for Plaintiff**
    **TV INTERACTIVE DATA CORPORATION**
16
                **UNITED STATES DISTRICT COURT**
17              **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
18
19
20  TV INTERACTIVE DATA CORPORATION,          Case No.  C02-02385 JSW(EDL)

21              Plaintiff,                    **[PROPOSED] ORDER GRANTING**
                                             **PLAINTIFF'S MOTION TO FILE**
22  v.                                       **DOCUMENTS UNDER SEAL**

23  MICROSOFT CORPORATION,                    **[Civ. L.R. 7-11, 79-5]**

24              Defendant.                    **Pretrial Conf: October 3, 2005**
                                             **Time:          2:00 p.m.**
25                                            **Judge:         Hon. Jeffrey S. White**

26
27
28

    MP3 20151938.1                           PROPOSED ORDER GRANTING PLAINTIFF'S
                                             MOTION TO FILE DOCUMENTS UNDER SEAL
                                             C02-02385 JSW(EDL)

1    Plaintiff TV Interactive Data Corporation files this Miscellaneous Administrative Motion

2  pursuant to Civil Local Rule 7-11 and Civil Local Rule 79-5  and the Protective Order entered in

3  this case for permission to file under seal Exhibit Nos. 1, 2, 7, 9, 20, 25 – 28, 30 – 32 of

4  Declaration of Nicholas S. Boebel in Support of Plaintiff Trial Brief.

5    **IT IS SO ORDERED**.

6

7  Dated:  September 28, 2005 _____    _____

   **Hon. Jeffrey S. White**

8  **United States District Court Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S
MOTION TO FILE DOCUMENTS UNDER SEAL
C02-02385 JSW(EDL)