UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORP., <br><br>  Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br>  Defendant. | Case No. 3:02-cv-02385 JSW (EDL) <br><br> **[PROPOSED] ORDER GRANTING MICROSOFT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS A-F, P AND Q TO THE DECLARATION OF KELLY C. HUNSAKER IN SUPPORT OF ITS MOTION IN LIMINE NOS. 1-5 [PURSUANT TO CIVIL L.R. 7-11, 79-5]** <br><br> Trial Date:     October 24, 2005 <br> Pretrial Conf:  October 3, 2005 <br> Time:          2:00 p.m. <br> Courtroom:     2 <br> Judge:         Hon. Jeffrey S. White |

The Court hereby grants Defendant Microsoft Corporation's Administrative Motion to file under seal Exhibits A-F, P and Q to the Declaration of Kelly C. Hunsaker in Support of Defendant Microsoft Corporation's Motion in Limine Nos. 1-5.

Good cause having been shown, the Court GRANTS Defendant's Request.

**IT IS SO ORDERED.**

Dated: September 28, 2005

_____
Hon. Jeffrey S. White
United States District Court

50303150.doc