UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:02-cv-02385 JSW (EDL) <br><br> **[PROPOSED]** ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE FILE UNDER SEAL ITS MOTION *IN LIMINE* NO. 4 TO PRECLUDE EVIDENCE OR ARGUMENT REGARDING THE REVENUES, PROFITS, MARKET SHARE AND COMMERCIAL SUCCESS OF WINDOWS OR MICROSOFT GENERALLY [PURSUANT TO TO CIVIL L.R. 7-11, 79-5] <br><br> Trial Date: October 24, 2005 <br> Pretrial Conf: October 3, 2005 <br> Time: 2:00 p.m. <br> Courtroom: 2 <br> Judge: Hon. Jeffrey S. White |

The Court hereby grants Defendant Microsoft Corporation's Administrative Motion to file under seal the highlighted or annotated portions of Microsoft's Motion *in Limine* No. 4 to Preclude Evidence or Argument Regarding the Revenues, Profits, Market Share and Commercial Success of Windows or Microsoft Generally.

Good cause having been shown, the Court GRANTS Defendant's Request.

///

1

[PROP] ORDER GRANTING MICROSOFT'S ADMIN MOTION TO FILE ITS MOTION *IN LIMINE* NO. 4 UNDER SEAL
Case No. 3:02-cv-02385 JSW (EDL)

1  **IT IS SO ORDERED.**

2

3  Dated: September  28  , 2005

                                      Hon. Jeffrey S. White
                                      United States District Court

4  50303129.doc

[PROP] ORDER GRANTING MICROSOFT'S ADMIN MOTION TO
FILE ITS MOTION *IN LIMINE* NO. 4 UNDER SEAL
Case No. 3:02-cv-02385 JSW (EDL)