| | |
|---|---|
| 1 | Ronald J. Schutz (Admitted Pro Hac Vice) |
| 2 | Richard M. Martinez (Admitted Pro Hac Vice) |
| | Scott R. Strand (Admitted Pro Hac Vice) |
| 3 | Becky R. Thorson (Admitted Pro Hac Vice) |
| | Niall A. MacLeod (Admitted Pro Hac Vice) |
| 4 | Misti Nelc (Admitted Pro Hac Vice) |
| | Nicholas S. Boebel (Admitted Pro Hac Vice) |
| 5 | Michael D. Okerlund (Admitted Pro Hac Vice) |
| 6 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | 2800 LaSalle Plaza |
| 7 | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| 8 | Telephone: (612) 349-8500 |
| | Facsimile: (612) 339-4181 |

Samuel R. Miller (State Bar No. 66871)
Tracy E. Reichmuth (State Bar No. 215458)
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 365-7864
Facsimile: (415) 986-2827

**Attorneys for Plaintiff**
**TV INTERACTIVE DATA CORPORATION**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TV INTERACTIVE DATA CORPORATION, | Case No. C02-02385 JSW(EDL) |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| MICROSOFT CORPORATION, | [Civ. L.R. 7-11, 79-5] |
| Defendant. | Pretrial Conf: October 3, 2005<br>Time: 2:00 p.m.<br>Judge: Hon. Jeffrey S. White |

MP3 20151924.1

PROPOSED ORDER GRANTING PLAINTIFF'S
MOTION TO FILE DOCUMENTS UNDER SEAL
C02-02385 JSW(EDL)

1   Plaintiff TV Interactive Data Corporation files this Miscellaneous Administrative Motion
2   pursuant to Civil Local Rule 7-11 and Civil Local Rule 79-5 and the Protective Order entered in
3   this case for permission to file under seal Plaintiff's Trial Brief.

4   **IT IS SO ORDERED**.

5
6   Dated: _____October 3, 2005_____         _____/s/ Jeffrey S. White_____
7                                            **Hon. Jeffrey S. White**
                                             **United States District Court Judge**

MP3 20151924.1

<del>PROPOSED</del> ORDER GRANTING PLAINTIFF'S
MOTION TO FILE DOCUMENTS UNDER SEAL
C02-02385 JSW(EDL)