UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TV INTERACTIVE DATA CORP.

       Plaintiff(s),                          No. C 02-02385 JSW

   v.                                      **CLERK'S NOTICE**

MICROSOFT CORPORATION

       Defendant(s).

    YOU ARE HEREBY NOTIFIED that chambers copies of all briefs due to be submitted by e-filing that will be filed under seal shall be submitted to the Court by 5:00 p.m. on the date they are due.

                                         Richard W. Wieking
                                         Clerk, United States District Court

                                         By: *Jennifer Ottolini* _____
                                         Jennifer Ottolini, Deputy Clerk
                                         Honorable Jeffrey S. White
                                         (415) 522-4173

Dated: October 5, 2005