IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TV INTERACTIVE DATA CORP., | |
| Plaintiff, | No. C 02-02385 JSW |
| v. | |
| MICROSOFT CORPORATION, | **ORDER REGARDING JURY QUESTIONNAIRE** |
| Defendant. | |

In an effort to expedite the trial proceedings in this matter, the Court has determined that the juror questionnaire should be prepared for distribution by the parties. The parties shall meet and confer to discuss the distribution of tasks set out herein.

Therefore, IT IS HEREBY ORDERED:

1. By no later than 4:00 p.m. on Wednesday, October 12, 2005, the parties shall e-file their final, agreed-upon juror questionnaire, in accordance with the Court's prior orders regarding integrating the Court's preamble, the form questionnaire and additional modified questions submitted. The parties shall omit any references to the names or identifying information of particular jurors on the questionnaire, including leaving blank spaces for their names, a signature block or otherwise enabling the jurors to identify themselves, except by juror number. The cover sheet of the questionnaire shall include a large, prominently displayed blank space requesting each juror to fill out his/her juror number only.

2. Once the Court has had an opportunity to review the questionnaire and make any necessary modifications, the parties will receive notice of the final questionnaire by no later than 4:00 p.m. on Thursday, October 13, 2005.

3. By no later than 4:00 p.m. on Friday, October 14, 2005, the parties shall deliver to the Jury Office, located on the 19th Floor, 60 copies of the blank juror questionnaires.  The 60 photocopies shall be made at counsels' expense.

4. On October 19, 2005, once the prospective jurors have filled out the questionnaires, counsel will have an opportunity to review the completed forms. However, because the filled-out juror questionnaires will require duplication prior to delivery to counsel, the Jury Office will make the necessary copies, at the cost of 10 cents per page.  Counsel should inform the Jury Office in writing upon delivery of the blank questionnaires (on Friday, October 14, 2005 by 4:00 p.m.) if they will require more than one set of copies, per side, of the completed questionnaires.

5. On Wednesday, October 19, 2005, the additional voir dire of the jury will begin after such time as required for the jury to fill out the questionnaires and counsel to review them.  If time permits, following jury selection, the parties will give their opening statements.

**IT IS SO ORDERED.**

Dated:  October 7, 2005

_/s/ Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2