IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TV INTERACTIVE DATA CORP.,

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.
_____/

No. C 02-02385 JSW

**ORDER**

On October 7, 2005, this matter was settled in private mediation. The parties are hereby ordered to file a stipulation and proposed order of dismissal by no later than November 18, 2005 or this Court will *sua sponte* dismiss the matter.

**IT IS SO ORDERED.**

Dated: October 25, 2005

                                                      JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE