1  John E. Gartman (CA 152300, gartman@fr.com)
   Juanita R. Brooks (CA 75934, brooks@fr.com)
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA  92130
   Telephone:  (858) 678-5070
4  Facsimile:  (858) 678-5099

5  Kelly C. Hunsaker (CA 168307, hunsaker@fr.com)
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, CA  94063
7  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071

8

9  *Additional counsel listed on last page*

10 Attorneys for Defendant
   MICROSOFT CORPORATION

11

12              UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15 TV INTERACTIVE DATA CORP.,          Case No. 3:02-cv-02385 JSW (EDL)

16          Plaintiff,                 **STIPULATION FOR DISMISSAL WITH
                                       PREJUDICE AND [PROPOSED] ORDER**
17      v.                             **THEREON**

18 MICROSOFT CORPORATION,

19          Defendant.

20

21     Plaintiff TV Interactive Data Corporation ("TVI") and Defendant Microsoft Corporation

22 ("Microsoft") hereby stipulate as follows:

23     1.  TVI and Microsoft have resolved the issues arising from the above-titled action and have

24 entered into a confidential settlement agreement regarding all of TVI's claims and Microsoft's

25 counterclaims.

26     2.  TVI and Microsoft hereby agree to dismiss with prejudice this action, with each party to

27 bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this

28 litigation.

1    **SO STIPULATED.**

2

3    Dated: _10/27/05_                    FISH & RICHARDSON P.C.

4

5                                         By: _____

6                                             John E. Gartman

7                                         Attorneys for Defendant
                                          MICROSOFT CORPORATION

8

9    Dated: _10-28-05_                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

10

11                                        By: _____

12                                            Ronald J. Schutz
                                              Richard M. Martinez

13                                        Attorneys for Plaintiff
                                          TV INTERACTIVE DATA CORPORATION

14

15

16                              [PROPOSED] **ORDER**

17        Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH PREJUDICE**

18   the above-titled action, with each party to bear its own attorneys' fees and costs.

19        **IT IS SO ORDERED.**

20

21   Dated: November 2, 2005
                                          _____
22                                        Honorable Jeffrey S. White
                                          United States District Judge
23

24   **Of Counsel:**
     T. Andrew Culbert
25   MICROSOFT CORPORATION
     One Microsoft Way
26   Redmond, WA  98052
     Telephone:  (425) 882-8080
27   Facsimile:  (425) 936-7329

28