1  John E. Gartman (CA 152300, gartman@fr.com)
   Juanita R. Brooks (CA 75934, brooks@fr.com)
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA  92130
   Telephone:  (858) 678-5070
4  Facsimile:  (858) 678-5099

5  Kelly C. Hunsaker (CA 168307, hunsaker@fr.com)
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, CA  94063
7  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
8

9  *Additional counsel listed on last page*

10 Attorneys for Defendant
   MICROSOFT CORPORATION
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15 | TV INTERACTIVE DATA CORP., | Case No. 3:02-cv-02385 JSW (EDL)
16 |         Plaintiff,          | **STIPULATION FOR DISMISSAL WITH
17 |    v.                       | PREJUDICE AND [PROPOSED] ORDER
                                   THEREON**
18 | MICROSOFT CORPORATION,      |
19 |         Defendant.          |

20

21     Plaintiff TV Interactive Data Corporation ("TVI") and Defendant Microsoft Corporation

22 ("Microsoft") hereby stipulate as follows:

23     1. TVI and Microsoft have resolved the issues arising from the above-titled action and have

24 entered into a confidential settlement agreement regarding all of TVI's claims and Microsoft's

25 counterclaims.

26     2. TVI and Microsoft hereby agree to dismiss with prejudice this action, with each party to

27 bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this

28 litigation.

| | | |
|---|---|---|
| 1 | **SO STIPULATED.** | |
| 2 | | |
| 3 | Dated: 10/27/05 | FISH & RICHARDSON P.C. |
| 4 | | |
| 5 | | By: /s/ John E. Gartman |
| 6 | | John E. Gartman |
| 7 | | Attorneys for Defendant |
| 8 | | MICROSOFT CORPORATION |
| 9 | Dated: 10-28-05 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 10 | | |
| 11 | | By: /s/ Ronald J. Schutz |
| 12 | | Ronald J. Schutz |
| | | Richard M. Martinez |
| 13 | | |
| 14 | | Attorneys for Plaintiff |
| | | TV INTERACTIVE DATA CORPORATION |

[~~PROPOSED~~] **ORDER**

Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH PREJUDICE** the above-titled action, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 2, 2005

/s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Judge

**Of Counsel:**
T. Andrew Culbert
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052
Telephone: (425) 882-8080
Facsimile: (425) 936-7329